(Reap. Dec. 9799)

PLYWOOD & DOOR NORTHERN CORPORATION *v.* UNITED STATES

Entry No. 22316.

(Decided October 6, 1960)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement upon stipulation, on the basis of which I find that foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, is the proper basis for the determination of the value of the Finnish birch plywood involved, and that such value is $46.38 per thousand square feet, net, packed.

Judgment will issue accordingly.